UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

LOUTY SY,

                Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 10 Civ. 267 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendant City of New York, dated February 16, 2010, seeking an enlargement of time until April 19, 2010 to respond to Plaintiff's Complaint. Plaintiff does not object to this extension Accordingly,

      IT IS HEREBY ORDERED THAT Defendant City of New York shall have until April 19, 2010 to answer or otherwise respond to Plaintiff's Complaint.

      IT IS FURTHER ORDERED THAT should any other Defendant be served prior to March 30, 2010, their time to respond shall also be extended until April 19, 2010.

      IT IS FURTHER ORDERED THAT all parties shall submit the materials required by the Court's January 15, 2010 Order no later than April 26, 2010.

      IT IS FURTHER ORDERED THAT the should Defendant(s) wish to make a motion to dismiss, they shall seek a pre-motion conference, pursuant to this Court's Individual Practices, no later than April 19, 2010. Defendant(s) time to respond will be extended until the Court's resolution of such a request.

-2-

IT IS FURTHER ORDERED THAT all parties shall appear for an initial and/or pre-motion conference on May 4, 2010 at 9:00 a.m.

No further extensions will be granted absent truly compelling circumstances.

SO ORDERED.

DATED:	February 17, 2010
	New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE